

FILED

2009 DEC 29 AM 8 28

PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| GLORIA WELLS,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY ATTORNEY THOMAS MEISSNER, et al.,<br><br>        Defendants. | No. CV 09-16-GF-SEH<br><br>**ORDER** |

On November 24, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 18.

However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Amended Complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised.

The Clerk is directed to enter judgment accordingly.

DATED this 28th day of December, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge